1  Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2  332 North Second Street
San Jose, California 95112
3  Telephone (408) 298-2000
Facsimile (408) 298-6046
4  E-mail:  Tanya@moorelawfirm.com

5  Attorneys for Plaintiff
Ronald Moore

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  RONALD MOORE,                      Case No: 1:13-CV-01269-LJO-SKO

12            Plaintiff,

13       vs.                          **NOTICE OF VOLUNTARY DISMISSAL OF ACTION <u>WITHOUT</u> PREJUDICE; [PROPOSED] ORDER**

14  VICTORIA FRESNO REALTY, LLC, ET AL.

15            Defendants.

16

17

18       **WHEREA**S, no defendant has filed an answer or a motion for summary judgment in this

19  action; and

20       **WHEREAS**, no cross-claim or counter-claim has been filed in this action.

21       **NOW, THEREFORE**, Plaintiff, Ronald Moore, hereby dismisses this action in its

22  entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

23  Dated: November 26, 2013             MOORE LAW FIRM, P.C.

24

25                                      _/s/ Tanya E. Moore_

26                                      Tanya E. Moore
Attorneys for Plaintiff,
27                                      RONALD MOORE

28

-1-

1

<u>ORDER</u>

2

Upon request of Plaintiff and good cause appearing,

3

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed without prejudice

4

in its entirety.

5

6

Dated: _____          _____

7

United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE;
[PROPOSED] ORDER