Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: Tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>       vs.<br><br>VICTORIA FRESNO REALTY, LLC, ET AL.<br><br>            Defendants. | Case No: 1:13-CV-01269-LJO-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION <u>WITHOUT</u> PREJUDICE; ORDER** |

**WHEREA**S, no defendant has filed an answer or a motion for summary judgment in this action; and

**WHEREAS**, no cross-claim or counter-claim has been filed in this action.

**NOW, THEREFORE**, Plaintiff, Ronald Moore, hereby dismisses this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: November 26, 2013            MOORE LAW FIRM, P.C.


                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorneys for Plaintiff,
                                    RONALD MOORE

-1-

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE;
[PROPOSED] ORDER

1

## ORDER

2   Upon request of Plaintiff and good cause appearing,

3   **IT IS HEREBY ORDERED** that this action be and hereby is dismissed without prejudice

4   in its entirety.  The clerk is directed to close this action.

5

IT IS SO ORDERED.

6

7   Dated:   **November 26, 2013**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28