1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: Tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No: 1:13-CV-01269-LJO-SKO |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION <u>WITHOUT</u> PREJUDICE; ORDER** |
| VICTORIA FRESNO REALTY, LLC, ET AL. | |
| Defendants. | |

**WHEREAS**, no defendant has filed an answer or a motion for summary judgment in this action; and

**WHEREAS**, no cross-claim or counter-claim has been filed in this action.

**NOW, THEREFORE**, Plaintiff, Ronald Moore, hereby dismisses this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: November 26, 2013                MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorneys for Plaintiff,
                                        RONALD MOORE

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed without prejudice in its entirety.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **November 26, 2013**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE